# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2283

_____

THOMAS MCNEIL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 22, 2021

PER CURIAM.

DISMISSED. *See English v. McCrary*, 348 So. 2d 293, 296–97 (Fla. 1977) (explaining that prohibition "is preventive and not corrective," the purpose of which "is to prevent the doing of something, not to compel the undoing of something already done"); *Sparkman v. McClure*, 498 So. 2d 892, 895 (Fla. 1986) (explaining that prohibition "cannot be utilized to revoke an order already entered" and that it "will not lie where the proceedings below have already been completed").

RAY, JAY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Thomas McNeil, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.